United States District Court
Northern District of Illinois

FILED
NOV 23 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Travis J. Barrett
Plaintiff
V.
United States of America
Defendant.

Case # 19-CU-3250
Hon. Judge Seeger

Motion Requesting Judgement on Pretrial Motions and Leave of The Court to Commence Pretrial Discovery Process.

Plaintiff Travis J. Barrett, respectfully submits this motion for the reasons explained below, and asks the court to grant injunctive relief, pretrial motions and commencement of pretrial discovery.

A. Motions to be resolved:
1.) Plaintiffs Motion for preliminary injunction and TRO. (DKT #34, Filed 3/30/21)
2.) (a) Defendants' motion to dismiss or for Summary Judgement (DKT# 37, 4/20/21)
   (b) Plaintiffs reply and motion for partial summary judgement (DKT#46, 5/25/21)

B. In support of this motion Plaintiff Travis J. Barrett asserts that:
1.) Defendant has failed to medically accomidate the plaintiff.
2.) Attorney for defense attended the settlement conference of 8/11/21, in bad faith as they didn't have the express authority of the BoP to discuss settlement nor did they offer any possibility of settlement.
3.) Plaintiff was once again given a random drug screen on 11/5/21, for which he was given no accomidation, although was able to produce a sample that tested negative for illicit substances.

Dated: 11/15/21

Respectfully Submitted,
Travis J. Barrett Reg#16923027
FCI Elton
P.O Box 10 Lisbon OH 44432

NAME Travis Barrett
REG.# 16923-027
Federal Correctional Institution Elkton
P O. BOX 10
Lisbon, OH 44432

CLEVELAND OH 440
16 NOV 2021 PM 2 L





11/23/2021-20

RECEIVED
NOV 23 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

⇔16923-027⇔
District Court
219 S Dearborn ST
Chicago, IL 60604
United States

60604-180099